```
                              United States Bankruptcy Court
                              Eastern District of Pennsylvania
```

```
In re:                                                          Case No. 20-12001-elf
Dariana Figueroa Pagan                                          Chapter 7
         Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: admin              Page 1 of 2           Date Rcvd: Jul 31, 2020
                               Form ID: 318             Total Noticed: 22
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 02, 2020.
```
db            +Dariana Figueroa Pagan,   270 W. Nedro Ave,   Philadelphia, PA 19120-1839
14494252      +Cbcs,   PO Box 551149,   Jacksonville, FL 32255-1149
14494254      +Equifax Information Services,   PO Box 740241,   Atlanta, GA 30374-0241
14494255      +Experian,   PO Box 4500,   Allen, TX 75013-1311
14494261      +PennyMac Loan Services, LLC,   Attn: Correspondence Unit,   Po Box 514387,
               Los Angeles, CA 90051-4387
14494262      +Philetcar Cu,   900 Market St,   Philadelphia, PA 19107-9202
14494263      +Police & Fire Federal CU,   Attn: Bankruptcy Dept,   901 Arch Street,
               Philadelphia, PA 19107-2495
14494264      +Santander Consumer USA,   Attn: Bankruptcy,   10-64-38-Fd7   601 Penn St,
               Reading, PA 19601-3544
14494267      +TransUnion,   PO Box 2000,   Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr            +EDI: QRHHOLBER.COM Aug 01 2020 08:18:00      ROBERT H. HOLBER,   Robert H. Holber PC,
               41 East Front Street,   Media, PA 19063-2911
smg            E-mail/Text: megan.harper@phila.gov Aug 01 2020 04:43:53      City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 01 2020 04:43:11
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA 17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 01 2020 04:43:43      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
14494251      +EDI: CAPITALONE.COM Aug 01 2020 08:18:00      Capital One,   Attn: Bankruptcy,   Po Box 30285,
               Salt Lake City, UT 84130-0285
14494256      +EDI: IRS.COM Aug 01 2020 08:18:00      Internal Revenue Service,
               Centralized Insolvency Operation,   PO Box 7346,   Philadelphia, PA 19101-7346
14494253       EDI: JPMORGANCHASE Aug 01 2020 08:18:00      Chase Card Services,   Attn: Bankruptcy,
               Po Box 15298,   Wilmington, DE 19850
14494257      +EDI: NFCU.COM Aug 01 2020 08:18:00      Navy FCU,   Attn: Bankruptcy Dept,   Po Box 3000,
               Merrifield, VA 22119-3000
14494258      +EDI: NFCU.COM Aug 01 2020 08:18:00      Navy Federal Credit Union,   Attn: Bankruptcy,
               Po Box 3000,   Merrifield, VA 22119-3000
14494259      +EDI: AGFINANCE.COM Aug 01 2020 08:18:00      OneMain Financial,   Attn: Bankruptcy,
               Po Box 3251,   Evansville, IN 47731-3251
14494265      +EDI: RMSC.COM Aug 01 2020 08:18:00      Synchrony Bank/Walmart,   Attn: Bankruptcy,
               Po Box 965060,   Orlando, FL 32896-5060
14494266      +EDI: WTRRNBANK.COM Aug 01 2020 08:18:00      Target,   c/o Financial & Retail Srvs,
               Mailstop BT POB 9475,   Minneapolis, MN 55440-9475
14494268      +EDI: WFFC.COM Aug 01 2020 08:18:00      Wells Fargo Bank NA,   Attn: Bankruptcy,
               1 Home Campus Mac X2303-01a,   Des Moines, IA 50328-0001
                                                                                              TOTAL: 13
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*          +ROBERT H. HOLBER,   Robert H. Holber PC,   41 East Front Street,   Media, PA 19063-2911
14494260     ##+PA Dept of Revenue,   Bankruptcy Notices,   419 Avenue of the States Suite 602A,
               Chester, PA 19013-4445
                                                                                   TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 02, 2020                                      Signature:  /s/Joseph Speetjens

```
District/off: 0313-2            User: admin                 Page 2 of 2               Date Rcvd: Jul 31, 2020
                                Form ID: 318                Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 30, 2020 at the address(es) listed below:
              REBECCA ANN SOLARZ    on behalf of Creditor    PENNYMAC LOAN SERVICES, LLC bkgroup@kmllawgroup.com
              ROBERT H. HOLBER    trustee@holber.com,   rholber@ecf.axosfs.com
              ROBERT H. HOLBER    on behalf of Trustee ROBERT H. HOLBER trustee@holber.com,
               rholber@ecf.axosfs.com
              ROBERT NEIL BRAVERMAN    on behalf of Debtor Dariana  Figueroa Pagan rbraverman@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;tcuccuini@mcdowelllegal.com;cgetz@mcdowellleg
               al.com;lwood@mcdowelllegal.com;bravermanrr62202@notify.bestcase.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
                                                                                          TOTAL: 5
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Dariana Figueroa Pagan** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx−xx−5239** <br> EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court  **Eastern District of Pennsylvania** | | |
| Case number:  **20−12001−elf** | | |

## Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

    Dariana Figueroa Pagan
    aka Dariana Figuroa

<u>7/30/20</u>                                                                             **By the court:**   <u>Eric L. Frank</u>
                                                                                                                                                                                          United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**